IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JARRELL RIMAIHI et al., *individually and on behalf of all persons similarly situated* <br><br> Plaintiffs, <br><br> v. <br><br> AVITECTURE, INC., et al., <br><br> Defendants. | CASE NO. 1:20-cv-00930 |

**AVITECTURE, INC.'S MOTION TO DISMISS
CLASS AND COLLECTIVE ACTION COMPLAINT**

Defendant Avitecture, Inc. ("Avitecture"), by counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, submits this Motion to Dismiss the Class and Collective Action Complaint filed by Plaintiffs Jarell Rimaihi, Cornelia Feenster, and Timothy Scott, individually and on behalf of all persons similarly situated (collectively, "Plaintiffs"), for failure to state a claim upon which relief can be granted for the reasons stated in the accompanying Memorandum of Points and Authorities.

Avitecture, through counsel, hereby requests an oral hearing on this Motion to be heard on the next available hearing date, in the discretion of the Court.

Date: August 11, 2020                     Respectfully submitted,


    /s/ (Marina B. Blickley)
Marina B. Blickley, Esq. (D.C. Bar No. 997874)
Matt B. Kapuscinski, Esq. (D.C. Bar No. 1020371)*
ODIN, FELDMAN & PITTLEMAN, P.C.
1775 Wiehle Avenue, Suite 400
Reston, VA 20190
Telephone: (703) 218-2100
Facsimile: (703) 218-2160
Marina.Blickley@ofplaw.com
Matt.Kapuscinski@ofplaw.com

*Counsel for Avitecture, Inc.*

**Application for admission to the Bar of the U.S. District Court for the District of Columbia pending*


## CERTIFICATE OF SERVICE

    I certify that on August 11, 2020, I electronically filed the foregoing Motion to Dismiss the Class and Collective Action Complaint, Memorandum in Support, and proposed Order with the Clerk of Court using the CM/ECF system, which will send a notification of such electronic filing to all counsel of record.


    /s/
Marina Burton Blickley