# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JARELL RIMAIHI et al., *individually and on behalf of all persons similarly situated* <br><br> Plaintiffs, <br><br> v. <br><br> AVITECTURE, INC., <br><br> Defendant. | CASE NO. 1:20-cv-00930-CKK |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Jarell Rimaihi ("**Plaintiff**") and Defendant Avitecture, Inc. ("**Avitecture**"), by and through their undersigned counsel, hereby jointly stipulate to the dismissal of this action with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), subject to the terms and conditions of the Parties' Settlement Agreement, with the Court retaining jurisdiction to enforce the Settlement Agreement. The Parties request that the Clerk mark this case as "Dismissed with Prejudice."

Date: May 25, 2023

*/s/ James E. Goodley*
James E. Goodley (Bar No. PA0069)
Ryan P. McCarthy (Bar No. PA0094)
GOODLEY MCCARTHY LLC
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 394-0541
james@gmlaborlaw.com
ryan@gmlaborlaw.com
*Counsel for Plaintiffs*

Respectfully submitted,

*/s/ Matthew B. Kapuscinski*
Matthew B. Kapuscinski
DC Bar. No. 1020371
ODIN, FELDMAN & PITTLEMAN, P.C.
1775 Wiehle Avenue, Suite 400
Reston, VA 20190
Telephone: (703) 218-2137
Facsimile: (703) 218-2160
Matt.Kapuscinski@ofplaw.com
*Counsel for Avitecture, Inc.*

## CERTIFICATE OF SERVICE

    I certify that on May 25, 2023, I electronically filed the foregoing Joint Stipulation of Dismissal with Prejudice with the Clerk of Court using the CM/ECF system, which will send a notification of such electronic filing to all counsel of record.

                                                      /s/
                                    Matthew B. Kapuscinski

#5594783v1