UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JARELL RIMAIHI, *et al.*, individually and on behalf of all persons similarly situated,<br>  Plaintiffs,<br>  v.<br>AVITECTURE, INC.,<br>  Defendant. | Civil Action No. 20-930 (CKK) |

**ORDER**
(May 25, 2023)

In light of the parties' [42] Joint Stipulation of Dismissal, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is, this 25th day of May, 2023, hereby

**ORDERED**, that this case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge